Notice of Voluntary Dismissal acknowledged.
JRS, DJ 11/13/18
Distribution via CM/ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MICHEAL KOHLER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:18-cv-01500-SEB-DML |
| **DUANE MARTIN and WENDY MARTIN,** | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Kohler hereby dismisses this matter.

Respectfully submitted,

 s/ Andrew G. Jones
Andrew G. Jones (#23020-49)
LAW OFFICE OF ANDREW G. JONES
9465 Counselors Row, Suite 200
Indianapolis, Indiana 46240
Telephone:   (317) 616-3671
E-Mail:      ajones@andrewgjoneslaw.com

Attorney for Plaintiff